Filed 12/2/97 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

1997 ND 218

Jerry R. Gerard,                         Petitioner and Appellant

       v.

State of North Dakota,                    Respondent and Appellee

Civil Nos. 970135-137

Appeal from the District Court for Ward County, Northwest Judicial District, the Honorable Gary A. Holum, Judge.

AFFIRMED.

Per Curiam.

Richard L. Hagar, of Kenner Sturdevant Peterson Cresap, P.C., P.O. Box 970, Minot, ND 58702-0970, for petitioner and appellant. 

John P. Van Grinsven, III, Assistant State's Attorney, Courthouse, Minot, ND 58701, for respondent and appellee.

Gerard v. State

Civil Nos. 970135-137

Per Curiam.

[¶1] The final judgment and order denying Jerry R. Gerard's application for postconviction relief is affirmed under NDRAppP 35.1(a)(2).

[¶2] Gerald W. VandeWalle, C.J.

Mary Muehlen Maring

Herbert L. Meschke

Dale V. Sandstrom

William A. Neumann